UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00473-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. STEPHANIE MAE CHAVEZ-MINATREA
2. JUAN DOMINGO TOLENTINO,

     Defendants.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 18, 2006,** and responses to these motions shall be filed by **Friday, December 29, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, January 4, 2007, at 4:30 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a three-day jury trial is set for **Tuesday, January 16, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: November 27, 2006

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            U. S. District Judge