UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00473-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHANIE MAE CHAVEZ-MINATREA
2. JUAN DOMINGO TOLENTINO,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on Government's Motions for Full Case Set Finger and Palm Prints [# 33], [# 35], compelling Defendant Stephanie M. Chavez-Minatrea and Defendant Juan Domingo Tolentino to provide full case prints, including finger and palm prints, at the direction of Government agents after reasonable notice to the defense counsel of record. Both Defendants separately filed Responses [# 40], [# 41], in which neither Defendant objected to the Government's motions.

    The Court concludes that the motions should be granted. The Defendants, upon the request of the U.S. Attorney's Office and with notice of the date and time to counsel for the defendant, shall be brought to the U.S. Marshal's office located at the United States Courthouse for the District of Colorado. Thereafter, at the direction of the Government agents, the full case finger prints and palm prints will be taken. Said prints shall be provided with the cooperation of the Defendants in the manner directed by the

Government agents.

The Government is directed to give the counsel of record reasonable notice of the session at which prints will be taken. Counsel of record or an associate shall have the opportunity to be present during the session if counsel chooses to be present.

It is

ORDERED that Government's Motions for Full Case Set Finger and Palm Prints are **GRANTED**.

Dated:  December 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge