**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | March 23, 2007 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **06-cr-00473-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Guy Till

       Plaintiff,

v.

**1. STEPHANIE MARIE CHAVEZ-**                Thomas F. Mulvahill
**MINATREA**,

       Defendant.

_____

**SENTENCING**
_____

**1:38 p.m.**   Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - Friday, January 12, 2007, at 11:00 a.m.
       Plea of Guilty - count one of Indictment**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

1:38 p.m.   Statement on behalf of Defendant (Mr. Mulvahill).

1:39 p.m.   Statement on behalf of Government (Mr. Till).

1:42 p.m.   Statement on behalf of Defendant (Mr. Mulvahill).

1:45 p.m.   Statement by Defendant on her own behalf (Ms. Chavez-Minatrea).

Judge Wiley Y. Daniel
06-cr-00473-WYD - Sentencing Minutes

1:46 p.m.        Discussion regarding Mothers, Infants Together Program (MINT).

                 Court makes findings.

**ORDERED:**    Government's Motion for Downward Departure Pursuant to 5K1.1 (#60 - 2/26/07) is **GRANTED.**

**ORDERED:**    Defendant be **imprisoned** for **30** months.

**Court STRONGLY RECOMMENDS that the Bureau of Prisons place the defendant at a facility with the Mothers, Infants Together Program (MINT) and allow her to participate in that program.**

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:    Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    Defendant shall not unlawfully possess a controlled substance.

(X)    The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the offense is not drug related, and there is no current or past history of substance abuse.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:    No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

Judge Wiley Y. Daniel
06-cr-00473-WYD - Sentencing Minutes

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Remaining Counts of the Indictment (#61 - 2/26/07) is **GRANTED.**

   Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**1:54 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:16**